UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Tiffany Ann Strobl,                                          Case No. 3:19-cv-135

          Petitioner

    v.                                                      MEMORANDUM OPINION
                                              AND ORDER

Jenkins, et al.,

          Respondents


      Before me is the Report and Recommendation ("R & R") of Magistrate Judge Jonathan D.

Greenberg filed on October 16, 2019.  (Doc. No. 26).  Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and
> Recommendation, any party who wishes to object must file and serve written
> objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. §

636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2).  In this case, the fourteen-day window for

objections has elapsed, and no objections have been filed.

      Following review of Judge Greenberg's R & R, I adopt it in its entirety as the Order of the

Court.  (Doc. No. 26).  I agree that Petitioner's § 2241 petition for a writ of habeas corpus is moot

and dismiss it accordingly.  (Doc. No. 1).  In turn, the pending motion for an order to show cause is

denied, as moot.  (Doc. No. 22).

      So Ordered.

                                     s/ Jeffrey J. Helmick_____
                                     United States District Judge